UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANA SAIKI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MCG HEALTH, LLC, a Washington limited liability company,<br><br>Defendant. | No. 2:22-cv-00849-RSM-DWC<br><br>STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR RESPONSE TO PLAINTIFF'S COMPLAINT |

**STIPULATION**

The parties, by and through their undersigned counsel of record, without waiver of any rights or defenses, respectfully stipulate and move that the deadline for Defendant MCG Health, LLC ("MCG Health") to serve a responsive pleading or motion pursuant to Fed. R. Civ. P. 12 ("Response") shall be extended as follows: (i) absent the filing of a consolidated complaint, MCG shall file its Response by September 12, 2022; and (ii) if a consolidated complaint is filed, MCG Health shall file its Response the later of 45 days from the filing of the consolidated complaint or September 12, 2022.

In the event that Defendant answers or moves to dismiss under 12(b)(6) any complaint pending in an action arising out of the same facts as this action ("Other Action"), Defendant agrees it shall concurrently respond in this action. This requirement to respond in this action is not triggered by any other filing by Defendant in the Other Action,

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE TO RESPOND TO COMPL. - 1
(2:22-cv-00849-RSM-DWC)

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300 · 920 Fifth Avenue
Seattle, Washington 98104-1610
(206) 622-3150 · Fax: (206) 757-7700

including those relating to a motion regarding venue, jurisdiction, or first-to-file made in another jurisdiction.

Dated this 13th day of July, 2022.

*Counsel for Plaintiff Diana Saiki:*
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC

By */s Gary M. Klinger (per email authorization)*
Gary M. Klinger (*pro hac vice*)
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (202) 429-2290
gklinger@milberg.com

TOUSLEY BRAIN STEPHENS PLLC
Jason T. Dennett, WSBA #30686
Rebecca L. Solomon, WSBA #51520
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101-3147
Tel: (206) 682-5600/Fax: (206) 682-2992
jdennett@tousley.com
rsolomon@tousley.com

CHESTNUT CAMBRONNE PA
Bryan L. Bleichner (*pro hac vice*)
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300 Fax: (612) 336-2940
bbleichner@chestnutcambronne.com

*Counsel for Defendant MCG Health, LLC*
DAVIS WRIGHT TREMAINE LLP

By *s/ Jaime Drozd Allen*
Jaime Drozd Allen, WSBA # 35742
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: (206) 757-8039
Fax: (206) 757-7700
E-mail: jaimeallen@dwt.com

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE TO RESPOND TO COMPL. - 2
(2:22-cv-00849-RSM-DWC)

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300 · 920 Fifth Avenue
Seattle, Washington 98104-1610
(206) 622-3150 · Fax: (206) 757-7700

ORDER

It is so ordered.

DATED this 14th day of July, 2022.

                                                                  *[signature]*
                                                                  David W. Christel
                                                                  United States Magistrate Judge

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE TO RESPOND TO COMPL. - 3
(2:22-cv-00849-RSM-DWC)

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300 · 920 Fifth Avenue
Seattle, Washington  98104-1610
(206) 622-3150 · Fax: (206) 757-7700