The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANA SAIKI,<br><br>                          Plaintiff,<br><br>          v.<br><br>MCG HEALTH, LLC,<br><br>                          Defendant. | NO. 2:22-CV-849-RSM-DWC<br><br>**STIPULATED ORDER TO CONSOLIDATE RELATED CASES PURSUANT TO FRCP 42 AND CONTINUE CASE MANAGEMENT DEADLINES** |
| CYNTHIA STRECKER,<br><br>                          Plaintiff,<br><br>          v.<br><br>MCG HEALTH, LLC,<br><br>                          Defendant. | NO. 2:22-cv-862-RSM-DWC |

STIPULATED ORDER TO CONSOLIDATE RELATED CASES
PURSUANT TO FRCP 42 - 1

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 ● FAX 206.682.2992

| | |
|---|---|
| LEO THORBECKE and MARJORITA DEAN,<br><br>Plaintiffs,<br><br>v.<br><br>MCG HEALTH, LLC,<br><br>Defendant. | NO. 2:22-cv-870-RSM-DWC |
| LINDA BOOTH, MARY NAPIER, and CANDACE DAUGHERTY,<br><br>Plaintiffs,<br><br>v.<br><br>MCG HEALTH, LLC,<br><br>Defendant. | NO. 2:22-cv-00879-RSM-DWC |
| EVA DRESCH,<br><br>Plaintiff,<br><br>v.<br><br>MCG HEALTH, LLC,<br><br>Defendant. | NO. 2:22-cv-892-RSM-DWC |
| LINDA CRAWFORD and MICHAEL PRICE,<br><br>Plaintiffs,<br><br>v.<br><br>MCG HEALTH, LLC,<br><br>Defendant. | NO. 2:22-cv-00894-RSM-DWC |

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| JAN TAYLOR and SHELLEY TAYLOR,<br><br>               Plaintiffs,<br><br>      v.<br><br>MCG HEALTH, LLC,<br><br>               Defendant. | NO. 2:22-cv-00925-RSM-DWC |
| JULIE MACK, JOANNE MULLINS and<br>INGRID COX,<br><br>               Plaintiffs,<br><br>      v.<br><br>MCG HEALTH, LLC,<br><br>               Defendant. | NO. 2:22-cv-00935-RSM-DWC |
| KENNETH HENSLEY, as guardian of R.H.,<br><br>               Plaintiffs,<br><br>      v.<br><br>MCG HEALTH, LLC,<br><br>               Defendant. | NO. 2:22-cv-00978-RSM-DWC |

WHEREAS, between June 16, 2022 and July 15, 2022, nine (9) related proposed class actions were filed in the United States District Court, Western District of Washington arising out of an alleged data breach involving MCG Health, LLC ("MCG" or "Defendant"):

- *Saiki v. MCG Health, LLC*, No. 2:22-cv-00849 ("*Saiki*"), filed June 16, 2022, and currently pending before Judge Ricardo S. Martinez and Judge David W. Christel;

- *Strecker v. MCG Health, LLC*, No. 2:22-cv-00862 ("*Strecker*"), filed June 20, 2022, and currently pending before Judge Ricardo S. Martinez and Judge David W. Christel;

TOUSLEY BRAIN STEPHENS PLLC<br>1200 Fifth Avenue, Suite 1700<br>Seattle, Washington 98101<br>TEL. 206.682.5600 • FAX 206.682.2992

- *Thorbecke, et al. v. MCG Health, LLC*, No. 2:22-cv-00870 ("*Thorbecke*"), filed June 21, 2022, and currently pending before Judge Ricardo S. Martinez and Judge David W. Christel;

- *Booth, et al. v. MCG Health, LLC*, No. 2:22-cv-00879 ("*Booth*"), filed June 22, 2022, and currently pending before Judge Ricardo S. Martinez and Judge David W. Christel;

- *Dresch v. MCG Health, LLC*, No. 2:22-cv-00892 ("*Dresch*"), filed June 24, 2022, and currently pending before Judge Ricardo S. Martinez and Judge David W. Christel;

- *Crawford, et al. v. MCG Health, LLC*, No. 2:22-cv-00894 ("*Crawford*"), filed June 24, 2022, and currently pending before Judge Ricardo S. Martinez and Judge David W. Christel;

- *Taylor, et al. v. MCG Health, LLC*, No. 2:22-cv-00925 ("*Taylor*"), filed July 1, 2022, and currently pending before Judge Ricardo S. Martinez and Judge David W. Christel;

- *Mack v. MCG Health, LLC*, No. 2:22-cv-00935 ("*Mack*"), filed July 6, 2022, and currently pending before Judge Ricardo S. Martinez and Judge David W. Christel; and

- *Hensley v. MCG Health, LLC*, No. 2:22-cv-00978 ("*Hensley*"), filed July 15, 2022, and currently pending before Judge Ricardo S. Martinez and Judge David W. Christel (together, the "Related Cases").

WHEREAS, on August 3, 2022, the Court ordered the parties "to meet-and-confer in accordance with Local Civil Rule 42(b) and either file a stipulation to consolidate or file a response of no more than five pages (excluding supporting declarations) SHOWING CAUSE why the above captioned cases should not be consolidated (without prejudice to later bifurcation, as appropriate) on or before August 22, 2022." Dkt. 27.

STIPULATED ORDER TO CONSOLIDATE RELATED CASES
PURSUANT TO FRCP 42 - 4

1    WHEREAS, the parties have conferred and agree that consolidation is appropriate

2 under Federal Rule of Civil Procedure (FRCP) 42(a) because the Related Cases involve

3 common questions of law or fact, specifically, the cases name a common defendant, and allege

4 similar claims on behalf of overlapping classes arising from the same alleged data breach;

5    WHEREAS, the Related Cases presently have varying court-imposed deadlines for

6 holding the FRCP 26(f) conference, submitting initial disclosures, and submitting the Joint

7 Status Report and Discovery Plan (*see, e.g., Booth*, Dkt. No. 15);

8    WHEREAS, maintaining these varying deadlines prior to consolidation would lead to

9 inefficiency, duplication of effort, and an unnecessary expenditure of resources;

10    WHEREAS, to conserve party resources and for efficiency, the parties agree to defer the

11 above-mentioned deadlines until after the filing of a consolidated complaint;

12    NOW THEREFORE, pursuant to Local Civil Rule (LCR) 42 and the Court's August 3,

13 2022 Orders, the Parties STIPULATE and AGREE that:

14    1.    The following actions pending in this District shall be consolidated for pre-trial

15 proceedings and trial pursuant to FRCP 42(a) (hereafter the "Consolidated Action"):

16    • *Saiki v. MCG Health, LLC*, Cause No. 2:22-cv-00849, Judge Ricardo S. Martinez

17    • *Strecker v. MCG Health, LLC*, Cause No. 2:22-cv-00862, Judge Ricardo S. Martinez

18    • *Thorbecke, et al. v. MCG Health, LLC*, Cause No. 2:22-cv-00870, Judge Ricardo S.
19      Martinez

20    • *Booth, et al. v. MCG Health, LLC*, Cause No. 2:22-cv-00879, Judge Ricardo S.
21      Martinez

22    • *Dresch v. MCG Health, LLC*, Cause No. 2:22-cv-00892, Judge Ricardo S. Martinez

23    • *Crawford, et al. v. MCG Health, LLC*, Cause No. 2:22-cv-00894, Judge Ricardo S.
24      Martinez

25    • *Taylor, et al. v. MCG Health, LLC*, Cause No. 2:22-cv-00925, Judge Ricardo S.
26      Martinez

STIPULATED ORDER TO CONSOLIDATE RELATED CASES
PURSUANT TO FRCP 42 - 5

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1   • *Mack, et al. v. MCG Health, LLC*, Cause No. 2:22-cv-00935, Judge Ricardo S.

2   Martinez

3   • *Hensley v. MCG Health, LLC*, Cause No. 2:22-cv-00978, Judge Ricardo S. Martinez

4   2.      All papers filed in the Consolidated Action must be filed under Case. No. 2:22-

5   cv-00849, the number assigned to the first-filed case, and must bear the following caption:

6   UNITED STATES DISTRICT COURT
7   WESTERN DISTRICT OF WASHINGTON
    AT SEATTLE
8

9

10   In re MCG Health Data Security Issue                          Case No. 2:22-cv-00849

11   Litigation

12

13   3.      The case file for the Consolidated Action will be maintained under the Master

14   File Case No. 2:22-cv-00849.

15   4.      The clerk is directed to file this order in all nine cases first, then administratively

16   close the following related cases:

17        a.   *Strecker v. MCG Health, LLC*, No. 2:22-cv-00862;

18        b.   *Thorbecke, et al. v. MCG Health, LLC*, No. 2:22-cv-00870;

19        c.   *Booth, et al. v. MCG Health, LLC*, No. 2:22-cv-00879;

20        d.   *Dresch v. MCG Health, LLC*, No. 2:22-cv-00892;

21        e.   *Crawford, et al. v. MCG Health, LLC*, No. 2:22-cv-00894;

22        f.   *Taylor, et al. v. MCG Health, LLC*, No. 2:22-cv-00925;

23        g.   *Mack v. MCG Health, LLC*, No. 2:22-cv-00935;

24        h.   *Hensley v. MCG Health, LLC*, No. 2:22-cv-00978.

25   5.      Any action subsequently filed, transferred, or removed to this Court that arises

26   out of the same or similar operative facts as the Consolidated Action shall be automatically

STIPULATED ORDER TO CONSOLIDATE RELATED CASES
PURSUANT TO FRCP 42 - 6

consolidated with it within 10 calendar days following the filing of that action. If any party objects to such consolidation or otherwise wishes to seek alternative relief, they shall do so before the expiration of that period.

6. As soon as practicable, the parties shall file a Notice of Related Cases pursuant to LCR 3(g) whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If the Court determines that the case is related, the clerk shall:

a.  place a copy of this Order in the separate file for such action;

b.  serve on plaintiff's counsel in the new case a copy of this Order;

c.  direct that this Order be served upon defendant(s) in the new case; and

d.  make the appropriate entry in the Master Docket.

7. The Parties further stipulate and agree to the following deadlines in the Related Cases:

| Event | Deadline |
|---|---|
| Consolidated Class Action Complaint | 30 days after the Related Cases are consolidated |
| FRCP 26(f) Conference | 30 days after briefing is completed on Defendant's Motion to Dismiss |
| Defendant's Answer or Responsive Pleading[1] | 45 days after filing of Consolidated Class Action Complaint |
| Joint Status Report and Discovery Plan | 45 days after briefing is completed on Defendant's Motion to Dismiss |
| Initial disclosures pursuant to FRCP 26(a)(1) | 25 days after the FRCP 26(f) Conference |
| Motion for class certification | To be set in connection with the issuance of a scheduling order after the Parties conduct their FRCP 26(f) conference and submit their Joint Status Report |

---

[1] In the event MCG replies by way of motion, the Parties agree to meet and confer and submit a stipulation regarding an appropriate briefing schedule.

STIPULATED ORDER TO CONSOLIDATE RELATED CASES
PURSUANT TO FRCP 42 - 7

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1    **IT IS SO STIPULATED.**

2    DATED this 17th day of August, 2022.

3
4    By: */s/ Jason T. Dennett*                     By: */s/ Jennifer Rust Murray*       
     Jason T. Dennett (WSBA 30686)              Beth E. Terrell (WSBA #26759)
5    Rebecca L. Solomon (WSBA 51520)      Jennifer Rust Murray (WSBA #36983)
     **TOUSLEY BRAIN STEPHENS PLLC**     **TERRELL MARSHALL LAW GROUP**
6    1200 Fifth Avenue, Suite 1700             **PLLC**
     Seattle, WA 98101-3147                 936 North 34th Street, Suite 300
7    Telephone: (206) 682-5600              Seattle, WA 98103-8869
     Facsimile: (206) 682-992                 Telephone: 206-816-6603
8    jdennett@tousley.com                   Facsimile: 206-319-5450
     rsolomon@tousley.com                   bterrell@terrellmarshall.com
9                                       jmurray@terrellmarshall.com
     Gary M. Klinger (*Pro Hac Vice*)
10   **MILBERG COLEMAN BRYSON**       Adam E. Polk (*Pro Hac Vice*)
     **PHILLIPS GROSSMAN, PLLC**        Simon Grille (*Pro Hac Vice*)
11   227 W. Monroe Street, Suite 2100       Jessica Cook (*Pro Hac Vice*)
     Chicago, IL 60606                    **GIRARD SHARP LLP**
12   Telephone: (202) 429-2290            601 California Street, Suite 1400
     gklinger@milberg.com                 San Francisco, California 94108
13                                     Telephone: (415) 981-4800
14   Bryan L. Bleichner (*Pro Hac Vice*)     Facsimile: (415) 981-4846
     **CHESTNUT CAMBRONNE PA**         apolk@girardsharp.com
15   100 Washington Avenue South, Suite 1700 sgrille@girardsharp.com
     Minneapolis, MN 55401               jcook@girardsharp.com
16   Telephone: (612) 339-7300
     Facsimile: (612) 336-2940
17   bbleichner@chestnutcambronne.com
                                      *Counsel for Plaintiffs Linda Booth, Mary*
18                                      *Napier, Candace Daugherty, and the*
     *Counsel for Plaintiff Diana Saiki and the*  *Proposed Class*
19   *Proposed Class*

20

21   By: */s/ M. Anderson Berry*              By: */s/ Jason T. Dennett*          
     M. Anderson Berry                   Jason T. Dennett (WSBA 30686)
22   **CLAYEO C. ARNOLD, A**            Rebecca L. Solomon (WSBA 51520)
     **PROFESSIONAL LAW CORP.**       **TOUSLEY BRAIN STEPHENS PLLC**
23   865 Howe Avenue                   1200 Fifth Avenue, Suite 1700
     Sacramento, CA 95825              Seattle, WA 98101-3147
24   Telephone: (916) 239-4778           Telephone: (206) 682-5600
     Facsimile: (916) 924-1829            Facsimile: (206) 682-992
25   aberry@justice4you.com             jdennett@tousley.com
                                        rsolomon@tousley.com
26

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | Timothy W. Emery (WSBA 34078) |
| | Patrick B. Reddy (WSBA 34092) |
| 2 | **EMERY REDDY, PLLC** |

Timothy W. Emery (WSBA 34078)
Patrick B. Reddy (WSBA 34092)
**EMERY REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Telephone: (206) 442-9106
Facsimile: (206) 441-9711
emeryt@emeryreddy.com
reddyp@emeryreddy.com

*Counsel for Plaintiffs Jay Taylor, Shelley
Taylor, and the Proposed Class*

Jeffrey S. Goldenberg (*Pro Hac Vice*)
**GOLDENBERG SCHNEIDER, LPA**
4445 Lake Forest Drive, Suite 490
Cincinnati, Ohio 45242
Telephone: (513) 345-8291
Facsimile: (513) 345-8294
jgoldenberg@gs-legal.com

Charles E. Schaffer (*Pro Hac Vice*)
Nicholas Elia (*Pro Hac Vice*)
**LEVIN, SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
cschaffer@lfsblaw.com
nelia@lfsblaw.com

*Counsel for Plaintiffs Leo Thorbecke,
Marjorita Dean, and the Proposed Class*

By: */s/ Samuel J. Strauss*
Samuel J. Strauss (WSBA 46971)
**TURKE & STRAUSS LLP**
613 Williamson St., Suite 201
Madison, Wisconsin 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423
sam@turkestrauss.com

*Counsel for Plaintiffs Linda Crawford,
Michael Price, and the Proposed Class*

By: */s/ Gary E. Mason*
Michael C. Subit (WSBA 29189)
**FRANK FREED SUBIT & THOMAS LLP**
705 Second Avenue, Suite 1200
Seattle, WA 98104
Telephone: (206) 682-6711
msubit@frankfreed.com

Gary E. Mason
Danielle L. Perry (*Pro Hac Vice*)
Lisa A. White
**MASON LLP**
5101 Wisconsin Ave. NW Ste. 305
Washington DC 20016
Telephone: (202) 640-1160
Facsimile: (202) 429-2294
gmason@masonllp.com
dperry@masonllp.com
lwhite@masonllp.com

*Counsel for Plaintiff Eva Dresch and the
Proposed Class*

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 ● FAX 206.682.2992

1

2

By: */s/ Jason T. Dennett*                     By: */s/ Jennifer Rust Murray*

3

Jason T. Dennett (WSBA 30686)              Beth E Terrell
Rebecca L. Solomon (WSBA 51520)         Jennifer Rust Murray

4

**TOUSLEY BRAIN STEPHENS PLLC**        **TERRELL MARSHALL LAW**
1200 Fifth Avenue, Suite 1700                **GROUP PLLC**

5

Seattle, WA 98101-3147                        936 N 34TH St, Ste 300
Telephone: (206) 682-5600                     Seattle, WA 98103-8869

6

Facsimile: (206) 682-992                       206-816-6603/Fax: 206-319-5450
jdennett@tousley.com                           Email: bterrell@terrellmarshall.com

7

rsolomon@tousley.com                          Email: jmurray@terrellmarshall.com

8

Terence R. Coates (*Pro Hac Vice*)           Benjamin F. Johns (*Pro Hac Vice*)

9

**MARKOVITS, STOCK & DEMARCO,**        Samantha E. Holbrook (*Pro Hac Vice*)
**LLC**                                         **CHIMICLES SCHWARTZ KRINER &**

10

119 E. Court Street, Suite 530               **DONALDSON-SMITH LLP**
Cincinnati, OH 45202                          One Haverford Centre

11

Telephone: (513) 651-3700                     361 Lancaster Avenue
Facsimile: (513) 665-0219                      Haverford, Pennsylvania 19041

12

tcoates@msdlegal.com                          Telephone: (610) 642-8500
                                               bfj@chimicles.com

13

Joseph M. Lyon (*Pro Hac Vice*)              seh@chimicles.com

14

**THE LYON FIRM**
2754 Erie Avenue                              *Counsel for Plaintiffs Julie Mack, Joanne*

15

Cincinnati, OH 45208                          *Mullins, Ingrid Cox, and the Proposed Class*

16

Telephone: (513) 381-2333
Facsimile: (513) 721-1178

17

jlyon@thelyonfirm.com

18

*Counsel for Plaintiff Cynthia Strecker and the*

19

*Proposed Class*

20

21

By: */s/ Jason T. Dennett*                     By: */s/ Jaime Drozd Allen*

22

Jason T. Dennett (WSBA 30686)              Jaime Drozd Allen (WSBA #35742)
Rebecca L. Solomon (WSBA 51520)         **DAVIS WRIGHT TREMAINE**

23

**TOUSLEY BRAIN STEPHENS PLLC**        920 Fifth Avenue, Suite 3300
1200 Fifth Avenue, Suite 1700                Seattle, WA 98104-1610

24

Seattle, WA 98101-3147                        Telephone: 206-622-3150
Telephone: (206) 682-5600                     Facsimile: 206-757-7700

25

Facsimile: (206) 682-992                       jaimeallen@dwt.com
jdennett@tousley.com

26

rsolomon@tousley.com

STIPULATED ORDER TO CONSOLIDATE RELATED CASES
PURSUANT TO FRCP 42 - 10

| | |
|---|---|
| 1 | |
| 2 | William B. Federman |
| | (Admitted *Pro Hac Vice*) |
| 3 | **FEDERMAN & SHERWOOD** |
| | 10205 North Pennsylvania Avenue |
| 4 | Oklahoma City, Oklahoma 73120 |
| 5 | Telephone: (405) 235-1560 |
| | Facsimile: (405) 239-2112 |
| 6 | wbf@federmanlaw.com |

1

2  William B. Federman
   (Admitted *Pro Hac Vice*)
3  **FEDERMAN & SHERWOOD**
   10205 North Pennsylvania Avenue
4  Oklahoma City, Oklahoma 73120
   Telephone: (405) 235-1560
5  Facsimile: (405) 239-2112
6  wbf@federmanlaw.com

   Stephen L. Saxl (*Pro Hac Vice*)
   **GREENBERG TRAURIG, LLP**
   One Vanderbilt Avenue
   New York, NY 10017
   Telephone: (212) 801-9200
   Facsimile: (212) 805-9371
   Saxls@gtlaw.com

7  A. Brooke Murphy
   (Admitted *Pro Hac Vice*)
8  **MURPHY LAW FIRM**
   4116 Will Rogers Pkwy, Suite 700
9  Oklahoma City, OK 73108
   Telephone: (405) 389-4989
10 abm@murphylegalfirm.com

   Christopher S. Dodrill (*Pro Hac Vice*)
   **GREENBERG TRAURIG, LLP**
   2200 Ross Avenue, Suite 5200
   Dallas, TX 75201
   Telephone: (214) 665-3681
   dodrillc@gtlaw.com

11

12 *Counsel for Plaintiff and the Putative Class*
   *Kenneth Hensley as legal guardian of minor*
13 *R.H.*

   Jena Valdetero (*Pro Hac Vice*)
   **GREENBERG TRAURIG, LLP**
   77 West Wacker Drive
   Chicago, IL 60601
   Telephone: (312) 456-8400
   valdeteroj@gtlaw.com

14

15                                              *Counsel for Defendant MCG Health, LLC*

16 PURSUANT TO THE FOREGOING STIPULATION, **IT IS SO ORDERED**.

17

18 Dated this 17th day of August, 2022.

19

20                                              David W. Christel
                                                United States Magistrate Judge
21

22

23

24

25

26

STIPULATED ORDER TO CONSOLIDATE RELATED CASES
PURSUANT TO FRCP 42 - 11