Honorable Ricardo S. Martinez
Honorable David W. Christel

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re MCG Health Data Security Issue Litigation | Case No. 2:22-cv-849-RSM-DWC<br><br>**STIPULATED MOTION RE: BRIEFING SCHEDULE AND PAGE LIMITS ON BRIEFING ON DEFENDANT'S MOTION TO DISMISS CONSOLIDATED COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR:** October 27, 2022 |

**STIPULATION**

The parties, by and through their undersigned counsel of record, respectfully request that the Court enter a briefing schedule and grant leave to file overlength briefs relating to Defendant's forthcoming Rule 12(b)(6) Motion to Dismiss (to be filed on October 31, 2022) as follows: 40 pages for Defendant's Motion and Plaintiffs' Response, and 20 pages for Defendant's Reply. These page limits exceed the pages permitted under LCR 7(e)(3).

Good cause for the additional pages is as follows:

1. On August 17, 2022, the Court consolidated nine related putative class actions. Dkt. 31. On September 16, 2022, Plaintiffs in ten related cases filed the Consolidated Complaint. Filed on behalf of 16 Plaintiffs, the Consolidated Complaint is 116 pages, including 525 paragraphs and 22 claims. Dkt. 32. The claims are wide-ranging. All Plaintiffs join in five

1. common law and two Washington statutory claims: negligence; breach of third-party beneficiary contract; breach of confidence; unjust enrichment; invasion of privacy; violation of the Washington Consumer Protection Act; and violation of the Washington Uniform Health Information Act.  The remaining claims are brought by individual Plaintiffs under state statutes of California, Illinois, Indiana, Kansas, Kentucky, Louisiana, Mississippi, New Mexico, and Ohio.

2. Defendant intends to file a motion to dismiss all 22 claims in the Consolidated Complaint.  Given the sheer length of the Consolidated Complaint and the number of claims (and associated defenses), additional pages beyond the normally allowed 24 pages are necessary to adequately address the factual allegations and legal issues at issue.

3. Thus, there is good cause for the Court to allow the parties to submit briefs in support of and in response to the Motion to Dismiss of no more than 40 pages each, and a reply brief of no more than 20 pages.

4. In addition, the complexity of the briefing will require additional time for the Plaintiffs to file a response to Defendant's Motion to Dismiss. The parties previously agreed that they would meet and confer and submit a stipulation regarding an appropriate briefing schedule (Dkt. 30), which was ordered by the Court on August 17, 2022 (Dkt. 31). The parties therefore request that the Court enter the following briefing schedule:

   Plaintiffs' Deadline to file Response to Motion to Dismiss: December 9, 2022
   Defendant's Deadline to file Reply to Motion to Dismiss: January 13, 2023

4. The parties respectfully request that the Court enter the order set forth below.

STIPULATED TO this 27th day of October, 2022

//
//
//
//

Respectfully submitted,

By: */s/ Jason T. Dennett*
Jason T. Dennett (WSBA 30686)
Rebecca L. Solomon (WSBA 51520)
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101-3147
Telephone: (206) 682-5600
Facsimile: (206) 682-992
jdennett@tousley.com
rsolomon@tousley.com

Gary M. Klinger (*Pro Hac Vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (202) 429-2290
gklinger@milberg.com

Bryan L. Bleichner (*Pro Hac Vice*)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Facsimile: (612) 336-2940
bbleichner@chestnutcambronne.com

***Counsel for Plaintiff Diana Saiki and the Proposed Class***

By: /s/*Simon Grille*
Beth E. Terrell (WSBA #26759)
Jennifer Rust Murray (WSBA #36983)
**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, WA 98103-8869
Telephone: 206-816-6603
Facsimile: 206-319-5450
bterrell@terrellmarshall.com
jmurray@terrellmarshall.com

Adam E. Polk (*Pro Hac Vice*)
Simon Grille (*Pro Hac Vice*)
Jessica Cook (*Pro Hac Vice*)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
jcook@girardsharp.com

***Counsel for Plaintiffs Linda Booth, Mary Napier, Candace Daugherty, and the Proposed Class***

STIP. MOT. AND ORDER RE: BRIEFING SCHEDULE AND PAGE LIMITS ON DEF'S MOT. TO DISMISS - 3
(2:22-cv-00849-RSM-DWC)

By: */s/ M. Anderson Berry*
M. Anderson Berry (*Pro Hac Vice*)
**CLAYEO C. ARNOLD, A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile: (916) 924-1829
aberry@justice4you.com

Timothy W. Emery (WSBA 34078)
Patrick B. Reddy (WSBA 34092)
**EMERY REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Telephone: (206) 442-9106
Facsimile: (206) 441-9711

emeryt@emeryreddy.com
reddyp@emeryreddy.com

**Counsel for Plaintiffs Jay Taylor, Shelley Taylor, and the Proposed Class**

By: */s/ Samuel J. Strauss*
Samuel J. Strauss (WSBA 46971)
**TURKE & STRAUSS LLP**
613 Williamson St., Suite 201
Madison, Wisconsin 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423
sam@turkestrauss.com

**Counsel for Plaintiffs Linda Crawford, Michael Price, and the Proposed Class**

By: */s/ Jason T. Dennett*
Jason T. Dennett (WSBA 30686)
Rebecca L. Solomon (WSBA 51520)
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101-3147
Telephone: (206) 682-5600
Facsimile: (206) 682-992
jdennett@tousley.com
rsolomon@tousley.com

Jeffrey S. Goldenberg (*Pro Hac Vice*)
**GOLDENBERG SCHNEIDER, LPA**
4445 Lake Forest Drive, Suite 490
Cincinnati, Ohio 45242
Telephone: (513) 345-8291
Facsimile: (513) 345-8294
jgoldenberg@gs-legal.com

Charles E. Schaffer (*Pro Hac Vice*)
Nicholas Elia (*Pro Hac Vice*)
**LEVIN, SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
cschaffer@lfsblaw.com
nelia@lfsblaw.com

**Counsel for Plaintiffs Leo Thorbecke, Marjorita Dean, and the Proposed Class**

By: */s/ Gary E. Mason*
Michael C. Subit (WSBA 29189)
**FRANK FREED SUBIT & THOMAS LLP**
705 Second Avenue, Suite 1200
Seattle, WA 98104
Telephone: (206) 682-6711
msubit@frankfreed.com

Gary E. Mason (*Pro Hac Vice*)
Danielle L. Perry (*Pro Hac Vice*)
Lisa A. White
**MASON LLP**
5101 Wisconsin Ave. NW Ste. 305
Washington DC 20016
Telephone: (202) 640-1160
Facsimile: (202) 429-2294
gmason@masonllp.com
dperry@masonllp.com
lwhite@masonllp.com

**Counsel for Plaintiff Eva Dresch and the Proposed Class**

STIP. MOT. AND ORDER RE: BRIEFING SCHEDULE AND PAGE LIMITS ON DEF'S MOT. TO DISMISS - 4
(2:22-cv-00849-RSM-DWC)

| | |
|---|---|
| By: */s/ Jason T. Dennett*<br>Jason T. Dennett (WSBA 30686)<br>Rebecca L. Solomon (WSBA 51520)<br>**TOUSLEY BRAIN STEPHENS PLLC**<br>1200 Fifth Avenue, Suite 1700<br>Seattle, WA 98101-3147<br>Telephone: (206) 682-5600<br>Facsimile: (206) 682-992<br>jdennett@tousley.com<br>rsolomon@tousley.com<br><br>Terence R. Coates (*Pro Hac Vice*)<br>**MARKOVITS, STOCK & DEMARCO, LLC**<br>119 E. Court Street, Suite 530<br>Cincinnati, OH 45202<br>Telephone: (513) 651-3700<br>Facsimile: (513) 665-0219<br>tcoates@msdlegal.com<br><br>Joseph M. Lyon (*Pro Hac Vice*)<br>**THE LYON FIRM**<br>2754 Erie Avenue<br>Cincinnati, OH 45208<br>Telephone: (513) 381-2333<br>Facsimile: (513) 721-1178<br>jlyon@thelyonfirm.com<br><br>*Counsel for Plaintiff Cynthia Strecker and the Proposed Class* | By: */s/Benjamin F. Johns*<br>Beth E Terrell<br>Jennifer Rust Murray<br>**TERRELL MARSHALL LAW GROUP PLLC**<br>936 N 34TH St, Ste 300<br>Seattle, WA 98103-8869<br>206-816-6603/Fax: 206-319-5450<br>Email: bterrell@terrellmarshall.com<br>Email: jmurray@terrellmarshall.com<br><br>Benjamin F. Johns (*Pro Hac Vice*)<br>Samantha E. Holbrook (*Pro Hac Vice*)<br>**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**<br>One Haverford Centre<br>361 Lancaster Avenue<br>Haverford, Pennsylvania 19041<br>Telephone: (610) 642-8500<br>bfj@chimicles.com<br>seh@chimicles.com<br><br>*Counsel for Plaintiffs Julie Mack, Joanne Mullins, Ingrid Cox, and the Proposed Class* |

///

///

///

STIP. MOT. AND ORDER RE: BRIEFING SCHEDULE AND PAGE LIMITS ON DEF'S MOT. TO DISMISS - 5
(2:22-cv-00849-RSM-DWC)

| | |
|---|---|
| By: */s/ Jason T. Dennett*<br>Jason T. Dennett (WSBA 30686)<br>Rebecca L. Solomon (WSBA 51520)<br>**TOUSLEY BRAIN STEPHENS PLLC**<br>1200 Fifth Avenue, Suite 1700<br>Seattle, WA 98101-3147<br>Telephone: (206) 682-5600<br>Facsimile: (206) 682-992<br>jdennett@tousley.com<br>rsolomon@tousley.com<br><br>William B. Federman<br>(Admitted *Pro Hac Vice*)<br>**FEDERMAN & SHERWOOD**<br>10205 North Pennsylvania Avenue<br>Oklahoma City, Oklahoma 73120<br>Telephone: (405) 235-1560<br>Facsimile: (405) 239-2112<br>wbf@federmanlaw.com<br><br>A. Brooke Murphy<br>(Admitted *Pro Hac Vice*)<br>**MURPHY LAW FIRM**<br>4116 Will Rogers Pkwy, Suite 700<br>Oklahoma City, OK 73108<br>Telephone: (405) 389-4989<br>abm@murphylegalfirm.com<br><br>***Counsel for Plaintiff and the Putative Class Kenneth Hensley as legal guardian of minor R.H.*** | By: */s/ Jaime Drozd Allen*<br>Jaime Drozd Allen (WSBA #35742)<br>**DAVIS WRIGHT TREMAINE**<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Telephone: 206-622-3150<br>Facsimile: 206-757-7700<br>jaimeallen@dwt.com<br><br>Stephen L. Saxl (*Pro Hac Vice*)<br>**GREENBERG TRAURIG, LLP**<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Telephone: (212) 801-9200<br>Facsimile: (212) 805-9371<br>Saxls@gtlaw.com<br><br>Christopher S. Dodrill (*Pro Hac Vice*)<br>**GREENBERG TRAURIG, LLP**<br>2200 Ross Avenue, Suite 5200<br>Dallas, TX 75201<br>Telephone: (214) 665-3681<br>dodrillc@gtlaw.com<br><br>Jena Valdetero (*Pro Hac Vice*)<br>**GREENBERG TRAURIG, LLP**<br>77 West Wacker Drive<br>Chicago, IL 60601<br>Telephone: (312) 456-8400<br>valdeteroj@gtlaw.com<br><br>***Counsel for Defendant MCG Health, LLC*** |

**ORDER**

Based on the foregoing stipulation, the Court ORDERS that the parties may submit briefs in support of and in response to the Motion to Dismiss of no more than 40 pages each, and a reply brief of no more than 20 pages. The Court further ORDERS that Plaintiffs' Response to the Motion to Dismiss shall be due December 9, 2022 and Defendant may file a Reply to the Motion by January 13, 2023.

DATED 31st day of October, 2022.

David W. Christel
United States Magistrate Judge