UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re MCG Health Data Security Issue Litigation | CASE NO. 2:22-CV-849-RSM-DWC<br><br>ORDER ADDING RELATED CASES |

On August 30, 2022, United States District Judge Mark Skarsi of the United States District Court for the Central District of California transferred the case of *Kelley Batt v. MCG Health LLC* (currently Case No. 2:22-cv-01229-RSM) to this Court after finding it to be substantially related to the currently pending *In re MCG Health Data Security Issue Litigation*, Case No. 2:22-cv-849-RSM-DWC.

On September 7, 2022, the United States District Judge Sunshine S. Skyes of the United States District Court for the Central District of California transferred the case of *Tiffany Taylor v. MCG Health, LLC*, (currently Case No. 2:22-cv-01270-RSM) to this Court after finding it to be substantially related to the currently pending *In re MCG Health Data Security Issue Litigation*, Case No. 2:22-cv-849-RSM-DWC.

Pursuant to the Court's Stipulated Order to Consolidate Related Cases (Dkt. 31) the Court has reviewed the Complaints in each of the above cases and finds they are substantially related to *In re MCG Health Data Security Issue Litigation*, Case No. 2:22-cv-849-RSM-DWC. **Accordingly, it is hereby ordered that Case No. 2:22-cv-01229-RSM and Case No. 2:22-cv-01270-RSM are hereby CONSOLIDATED for all purposes with Case No. 2:22-cv-849-RSM-DWC.** All future pleadings, motions, briefs, and other papers shall be filed only in Case No. 2:22-cv-849-RSM-DWC, employing the following caption:

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| In re MCG Health Data Security Issue Litigation | Case No. 2:22-CV-00849-RSM-DWC |

**In addition, the Clerk of Court is directed to do the following**:

· Enter a copy of this Order on the docket in both above the above cases to be consolidated;

· Serve a copy of this Order on Plaintiffs' counsel in both of the above cases to be consolidated via email;

· Direct that this Order be served upon Defendant;

· Close Case Nos. 2:22-cv-01229-RSM and 2:22-cv-01270-RSM

ORDER ADDING RELATED CASES - 2

**Plaintiff's counsel in both of the above cases are directed to provide a copy of this Order to their clients and complete the instructions set forth in the letter entered by the Clerk of Court in those cases to appear in this district.** *See*, Dkt. 14, Case No. 2:22-cv-01229-RSM and Dkt. 17, Case No. 2:22-cv-01270-RSM. Notably, a Motion to Dismiss the Consolidated Complaint (Dkt. 35) filed by Defendant MCG Health LLC is currently pending in Case No. 2:22-CV-00849-RSM-DWC.

**IT IS SO ORDERED.**

Dated this 3rd day of November, 2022.

David W. Christel
United States Magistrate Judge