UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re MCG Health Data Security Issue Litigation | NO. 2:22-CV-00849-RSM-DWC<br><br>**STIPULATION AND ORDER REGARDING DEADLINES TO FILE AMENDED COMPLAINT AND RESPONSIVE PLEADINGS** |

The parties, by and through their undersigned counsel, respectfully stipulate and move that the Court set the deadline for Plaintiffs to file a First Amended Consolidated Complaint and for Defendant to file a responsive pleading or motion pursuant to Federal Rule of Civil Procedure 12 as follows:

| | |
|---|---|
| Plaintiffs' deadline to file amended pleading: | July 14, 2023 |
| Deadline to file responsive pleading or Rule 12 motion: | September 14, 2023 |
| Plaintiffs' response to Rule 12 motion, if filed: | October 13, 2023 |
| Defendant's reply in support of Rule 12 motion, if filed: | November 3, 2023 |

STIPULATION AND ORDER REGARDING DEADLINES TO FILE AMENDED COMPLAINT AND RESPONSIVE PLEADINGS - 1

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | **ORDER** |
| 2 | IT IS SO ORDERED. It is hereby ordered that the deadlines for Plaintiffs to file an |
| 3 | amended pleading and for Defendant to file its responsive pleadings thereto shall be filed in |
| 4 | accordance with the schedule above. |
| 5 | Dated this 14th day of July, 2023. |

_____
David W. Christel
United States Magistrate Judge

**IT IS SO STIPULATED.**

DATED this 14th day of July, 2023.

STIPULATION AND ORDER REGARDING DEADLINES
TO FILE AMENDED COMPLAINT AND RESPONSIVE
PLEADINGS - 2

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| By: */s/ Jaime Drozd*<br>Jaime Drozd (WSBA #35742)<br>**DAVIS WRIGHT TREMAINE**<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Telephone: 206-622-3150<br>Facsimile: 206-757-7700<br>jaimedrozd@dwt.com<br><br>Stephen L. Saxl (*Pro Hac Vice*)<br>**GREENBERG TRAURIG, LLP**<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Telephone: (212) 801-9200<br>Facsimile: (212) 805-9371<br>Saxls@gtlaw.com<br><br>Christopher S. Dodrill (*Pro Hac Vice*)<br>**GREENBERG TRAURIG, LLP**<br>2200 Ross Avenue, Suite 5200<br>Dallas, TX 75201<br>Telephone: (214) 665-3681<br>dodrillc@gtlaw.com<br><br>Jena Valdetero (*Pro Hac Vice*)<br>**GREENBERG TRAURIG, LLP**<br>77 West Wacker Drive<br>Chicago, IL 60601<br>Telephone: (312) 456-8400<br>valdeteroj@gtlaw.com<br>***Counsel for Defendant MCG Health, LLC*** | By: */s/ Jason T. Dennett*<br>Jason T. Dennett (WSBA 30686)<br>Rebecca L. Solomon (WSBA 51520)<br>**TOUSLEY BRAIN STEPHENS PLLC**<br>1200 Fifth Avenue, Suite 1700<br>Seattle, WA 98101-3147<br>Telephone: (206) 682-5600<br>Facsimile: (206) 682-992<br>jdennett@tousley.com<br>rsolomon@tousley.com<br><br>Gary M. Klinger (*Pro Hac Vice*)<br>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Telephone: (202) 429-2290<br>gklinger@milberg.com<br><br>Bryan L. Bleichner (*Pro Hac Vice*)<br>**CHESTNUT CAMBRONNE PA**<br>100 Washington Avenue South, Suite 1700<br>Minneapolis, MN 55401<br>Telephone: (612) 339-7300<br>Facsimile: (612) 336-2940<br>bbleichner@chestnutcambronne.com<br><br>***Counsel for Plaintiff Diana Saiki and the Proposed Class*** |

STIPULATION AND ORDER REGARDING DEADLINES TO FILE AMENDED COMPLAINT AND RESPONSIVE PLEADINGS - 3

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | | |
|---|---|---|
| 1 | M. Anderson Berry (*Pro Hac Vice*) | Jason T. Dennett (WSBA 30686) |
| | **CLAYEO C. ARNOLD, A** | Rebecca L. Solomon (WSBA 51520) |
| 2 | **PROFESSIONAL LAW CORP.** | **TOUSLEY BRAIN STEPHENS PLLC** |
| | 865 Howe Avenue | 1200 Fifth Avenue, Suite 1700 |
| 3 | Sacramento, CA 95825 | Seattle, WA 98101-3147 |
| | Telephone: (916) 239-4778 | Telephone: (206) 682-5600 |
| 4 | Facsimile: (916) 924-1829 | Facsimile: (206) 682-992 |
| | aberry@justice4you.com | jdennett@tousley.com |
| 5 | | rsolomon@tousley.com |
| 6 | Timothy W. Emery (WSBA 34078) | Jeffrey S. Goldenberg (*Pro Hac Vice*) |
| | Patrick B. Reddy (WSBA 34092) | **GOLDENBERG SCHNEIDER, LPA** |
| 7 | **EMERY REDDY, PLLC** | 4445 Lake Forest Drive, Suite 490 |
| | 600 Stewart Street, Suite 1100 | Cincinnati, Ohio 45242 |
| 8 | Seattle, WA 98101 | Telephone: (513) 345-8291 |
| | Telephone: (206) 442-9106 | Facsimile: (513) 345-8294 |
| 9 | Facsimile: (206) 441-9711 | jgoldenberg@gs-legal.com |
| 10 | emeryt@emeryreddy.com | Charles E. Schaffer (*Pro Hac Vice*) |
| | reddyp@emeryreddy.com | Nicholas Elia (*Pro Hac Vice*) |
| 11 | | **LEVIN, SEDRAN & BERMAN** |
| | ***Counsel for Plaintiffs Jay Taylor, Shelley*** | 510 Walnut Street, Suite 500 |
| 12 | ***Taylor, and the Proposed Class*** | Philadelphia, PA 19106 |
| | | Telephone: (215) 592-1500 |
| 13 | | cschaffer@lfsblaw.com |
| | | nelia@lfsblaw.com |
| 14 | | ***Counsel for Plaintiffs Leo Thorbecke,*** |
| 15 | | ***Marjorita Dean, and the Proposed Class*** |
| 16 | Samuel J. Strauss (WSBA 46971) | Michael C. Subit (WSBA 29189) |
| | **TURKE & STRAUSS LLP** | **FRANK FREED SUBIT & THOMAS** |
| 17 | 613 Williamson St., Suite 201 | **LLP** |
| | Madison, Wisconsin 53703 | 705 Second Avenue, Suite 1200 |
| 18 | Telephone: (608) 237-1775 | Seattle, WA 98104 |
| | Facsimile: (608) 509-4423 | Telephone: (206) 682-6711 |
| 19 | sam@turkestrauss.com | msubit@frankfreed.com |
| 20 | ***Counsel for Plaintiffs Linda Crawford,*** | Gary E. Mason (*Pro Hac Vice*) |
| | ***Michael Price, and the Proposed Class*** | Danielle L. Perry (*Pro Hac Vice*) |
| 21 | | Lisa A. White |
| | | **MASON LLP** |
| 22 | | 5101 Wisconsin Ave. NW Ste. 305 |
| | | Washington DC 20016 |
| 23 | | Telephone: (202) 640-1160 |
| | | Facsimile: (202) 429-2294 |
| 24 | | gmason@masonllp.com |
| | | dperry@masonllp.com |
| 25 | | lwhite@masonllp.com |
| 26 | | ***Counsel for Plaintiff Eva Dresch and the Proposed Class*** |

STIPULATION AND ORDER REGARDING DEADLINES
TO FILE AMENDED COMPLAINT AND RESPONSIVE
PLEADINGS - 4

| | | |
|---|---|---|
|1| Jason T. Dennett (WSBA 30686)<br>Rebecca L. Solomon (WSBA 51520)<br>**TOUSLEY BRAIN STEPHENS PLLC**<br>1200 Fifth Avenue, Suite 1700<br>Seattle, WA 98101-3147<br>Telephone: (206) 682-5600<br>Facsimile: (206) 682-992<br>jdennett@tousley.com<br>rsolomon@tousley.com | Beth E Terrell<br>Jennifer Rust Murray<br>**TERRELL MARSHALL LAW GROUP PLLC**<br>936 N 34TH St, Ste 300<br>Seattle, WA 98103-8869<br>206-816-6603/Fax: 206-319-5450<br>Email: bterrell@terrellmarshall.com<br>Email: jmurray@terrellmarshall.com |

Terence R. Coates (*Pro Hac Vice*)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
tcoates@msdlegal.com

Joseph M. Lyon (*Pro Hac Vice*)
**THE LYON FIRM**
2754 Erie Avenue
Cincinnati, OH 45208
Telephone: (513) 381-2333
Facsimile: (513) 721-1178
jlyon@thelyonfirm.com

*Counsel for Plaintiff Cynthia Strecker and the Proposed Class*

Benjamin F. Johns (*Pro Hac Vice*)
Samantha E. Holbrook (*Pro Hac Vice*)
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
One Haverford Centre
361 Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
bfj@chimicles.com
seh@chimicles.com

*Counsel for Plaintiffs Julie Mack, Joanne Mullins, Ingrid Cox, and the Proposed Class*

STIPULATION AND ORDER REGARDING DEADLINES
TO FILE AMENDED COMPLAINT AND RESPONSIVE
PLEADINGS - 5

| | |
|---|---|
| Jason T. Dennett (WSBA 30686)<br>Rebecca L. Solomon (WSBA 51520)<br>**TOUSLEY BRAIN STEPHENS PLLC**<br>1200 Fifth Avenue, Suite 1700<br>Seattle, WA 98101-3147<br>Telephone: (206) 682-5600<br>Facsimile: (206) 682-992<br>jdennett@tousley.com<br>rsolomon@tousley.com<br><br>William B. Federman<br>(Admitted *Pro Hac Vice*)<br>**FEDERMAN & SHERWOOD**<br>10205 North Pennsylvania Avenue<br>Oklahoma City, Oklahoma 73120<br>Telephone: (405) 235-1560<br>Facsimile: (405) 239-2112<br>wbf@federmanlaw.com<br><br>A. Brooke Murphy<br>(Admitted *Pro Hac Vice*)<br>**MURPHY LAW FIRM**<br>4116 Will Rogers Pkwy, Suite 700<br>Oklahoma City, OK 73108<br>Telephone: (405) 389-4989<br>abm@murphylegalfirm.com<br><br>*Counsel for Plaintiff and the Putative Class Kenneth Hensley as legal guardian of minor R.H.* | Beth E. Terrell (WSBA #26759)<br>Jennifer Rust Murray (WSBA #36983)<br>**TERRELL MARSHALL LAW GROUP PLLC**<br>936 North 34th Street, Suite 300<br>Seattle, WA 98103-8869<br>Telephone: 206-816-6603<br>Facsimile: 206-319-5450<br>bterrell@terrellmarshall.com<br>jmurray@terrellmarshall.com<br><br>Adam E. Polk (*Pro Hac Vice*)<br>Simon Grille (*Pro Hac Vice*)<br>Jessica Cook (*Pro Hac Vice*)<br>**GIRARD SHARP LLP**<br>601 California Street, Suite 1400<br>San Francisco, California 94108<br>Telephone: (415) 981-4800<br>Facsimile: (415) 981-4846<br>apolk@girardsharp.com<br>sgrille@girardsharp.com<br>jcook@girardsharp.com<br><br>*Counsel for Plaintiffs Linda Booth, Mary Napier, Candace Daugherty, and the Proposed Class* |

STIPULATION AND ORDER REGARDING DEADLINES
TO FILE AMENDED COMPLAINT AND RESPONSIVE
PLEADINGS - 6