UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

In re MCG Health Data Security Issue Litigation

CASE NO. 2:22-CV-849-RSM-DWC

ORDER DIRECTING PLAINTIFF BATT TO RESPOND TO MOTION

On July 27, 2023, Plaintiffs Michael Price, Tiffany Taylor, Blanca Garcia, Kenneth Hensley, Diana Saiki, Linda Crawford, Linda Booth, Eva Dresch, Candace Daugherty, Gayee Ictech, Joanne Mullins, Julie Mack, Jay Taylor, Cynthia Strecker, Leo Thorbecke, Shelley Taylor, Mary Napier, Ingrid Cox, and Marjorita Dean ("moving Plaintiffs") filed an Unopposed Motion for Appointment of Interim Co-Lead Counsel Pursuant to FRCP 23(g). Dkt. 68. The declaration filed in support of the Motion indicates Plaintiff Kelley Batt did not agree to sign the Motion. Dkt. 68-1, Dennett Dec., ¶ 7. Therefore, at this time, the Motion does not appear unopposed. As the Motion was noted as a same-day motion, the moving Plaintiffs did not allow parties opposing the Motion to file briefs in opposition.

1  As it appears Plaintiff Batt is the only party that has not been heard and potentially
2  opposes the Motion, the Court directs Plaintiff Batt to file a response the Motion on or before
3  September 5, 2023. The moving Plaintiffs may file an optional reply on or before September 8,
4  2023.
5  The Clerk's Office is directed to re-note the Motion (Dkt. 68) for September 8, 2023.
6  Dated this 16th day of August, 2023.

*David W. Christel*
Chief United States Magistrate Judge