The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re MCG Health Data Security Issue Litigation | NO. 2:22-CV-00849-RSM-DWC<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL** |

Plaintiffs and Defendant MCG Health, LLC (collectively "the Parties") file this stipulated motion seeking an extension of the deadline to file the motion for preliminary approval of the class action settlement.

Plaintiffs filed this consolidated action, individually and on behalf of a class of similarly situated individuals, after receiving notice from Defendant MCG that an unauthorized party previously obtained certain of their personal information and private health information that matched data stored on MCG's systems. Following months of negotiations with the assistance of an experienced mediator, the Parties accepted a mediator's proposal on December 8, 2023. The Parties thereafter promptly notified the Court of the settlement.

On December 14, 2023, the Court entered a docket notice directing the Parties to file settlement papers by February 16, 2024.

Since accepting the mediator's proposal, the Parties have worked diligently to draft a

STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE
MOTION FOR PRELIMINARY APPROVAL- 1

NO. 2:22-CV-00849-RSM-DWC

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

comprehensive settlement agreement and exhibits thereto (including notice forms to be sent to settlement class members regarding the settlement, its benefits, and their rights), solicit and evaluate proposals from multiple class action claims administrators, and prepare a motion for preliminary approval. The Parties, however, require additional time to finalize the language of the Settlement Agreement and its exhibits and work with the selected claims administrator to establish the protocols for a robust notice program.

Accordingly, the Parties jointly move that the Court grant a 14-day extension to file the preliminary approval motion from **Friday, February 16, 2024** to **Friday, March 1, 2024**.

DATED this 13th day of February, 2024.

By: /s/ Jaime Drozd
Jaime Drozd (WSBA #35742)
**DAVIS WRIGHT TREMAINE**
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tele: 206-622-3150/Fax: 206-757-7700
jaimedrozd@dwt.com

Stephen L. Saxl (*Pro Hac Vice*)
**GREENBERG TRAURIG, LLP**
One Vanderbilt Avenue
New York, NY 10017
Tele: (212) 801-9200/Fax: (212) 805-9371
Saxls@gtlaw.com

Christopher S. Dodrill (*Pro Hac Vice*)
**GREENBERG TRAURIG, LLP**
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
Tele: (214) 665-3681
dodrillc@gtlaw.com

Jena Valdetero (*Pro Hac Vice*)
**GREENBERG TRAURIG, LLP**
77 West Wacker Drive
Chicago, IL 60601
Tele: (312) 456-8400
valderoj@gtlaw.com
**Counsel for Defendant MCG Health, LLC**

By: /s/ Jason T. Dennett
Jason T. Dennett (WSBA 30686)
Rebecca L. Solomon (WSBA 51520)
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101-3147
Tele: (206) 682-5600
jdennett@tousley.com
rsolomon@tousley.com

Gary M. Klinger (*Pro Hac Vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tele: (202) 429-2290
gklinger@milberg.com

Adam E. Polk (*Pro Hac Vice*)
Simon Grille (*Pro Hac Vice*)
Jessica Cook (*Pro Hac Vice*)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Tele: (415) 981-4800
apolk@girardsharp.com
sgrille@girardsharp.com
jcook@girardsharp.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL- 2

NO. 2:22-CV-00849-RSM-DWC

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

## ORDER

IT IS SO ORDERED. It is hereby ordered that the deadlines for Plaintiffs to file their motion for preliminary approval of the class settlement is March 1, 2024.

Dated this 13th day of February, 2024.

_David W. Christel_
David W. Christel
Chief United States Magistrate Judge

STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL- 3

NO. 2:22-CV-00849-RSM-DWC

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992