The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re MCG Health Data Security Issue Litigation

NO. 2:22-CV-00849-RSM-DWC

**ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS**

This matter came before the Court on Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards ("Fee Motion").

The Court, having previously entered an Order Granting Preliminary Approval of Class Action Settlement (Dkt. 86, "Preliminary Approval Order"), in which the Court preliminarily approved the proposed Settlement as being fair, reasonable, and adequate to the Settlement Class; preliminarily certified the Settlement Class; designated Class Representatives and Class Counsel; appointed a Settlement Administrator; approved the forms and methods of disseminating information about the Settlement and found them to constitute the best notice practicable under the circumstances, constitute due and sufficient notice of the matters set forth in the notices to all persons entitled to receive such notices, and fully satisfy the requirements of due process, Rule 23 of the Federal Rules of Civil Procedure, 28 U.S.C. § 1715, and all other applicable laws and rules; established procedures for Class Members to make claims, opt out, or object to the Settlement and Attorney's Fees and Costs; established deadlines for the filing of a motion for

ORDER GRANTING PLAINTIFFS' MOTION FOR
ATTORNEYS' FEES, COSTS,
AND SERVICE AWARDS- 1
Case No. 2:22-cv-00849-RSM-DWC

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1  final approval of the Settlement and motion for attorneys' fees, costs, and service awards; and

2  scheduled a hearing for September 13, 2024, for the Court to determine whether Attorneys' Fees

3  and Costs should be awarded;

4  The Court having held a hearing on Plaintiffs' Fee Motion on September 13, 2024, after

5  notice to the Class, and the Court having fully considered Plaintiffs' Fee Motion, as well as the

6  declarations and submissions in support thereof, and all papers filed or submitted to the Court in

7  connection with the proceedings in these actions, and good cause appearing therefor;

8  IT IS HEREBY FOUND, ORDERED, ADJUDGED, AND DECREED THAT:

9  1.    All capitalized terms not otherwise defined have the meanings set forth in the

10  Amended Settlement Agreement (Dkt. 83-1) ("Settlement").

11  2.    The Court has considered Class Counsel's Fee Motion along with the declaration

12  submitted by Counsel setting forth their time and expenses incurred in connection with this

13  Litigation.

14  3.    Pursuant to Rule 23, and relevant Ninth Circuit authority, the Court awards Class

15  Counsel $2,930,000 as an award of reasonable attorneys' fees and costs to be paid in accordance

16  with the Settlement. The Court finds this amount of fees fair and reasonable under the percentage

17  of recovery method and under a lodestar cross-check, given the exceptional results obtained for

18  the Settlement Class in the form of significant monetary relief; the complexity and novelty of the

19  issues presented in the litigation; the risk of non-payment posed in the litigation; the contingent

20  nature of the fee; and the skill of Class Counsel. The Court also finds the amount of costs and

21  expenses is fair and reasonable, and represents the reasonable expenses incurred to advance this

22  litigation.

23  4.    The Court grants Settlement Class Counsel discretion to allocate the attorneys'

24  fees, costs and expenses among all Plaintiffs' counsel.

25  5.    This award of attorneys' fees, costs, and expenses, and any interest earned

26  thereon, shall be paid in accordance with the Settlement. This award of attorneys' fees, costs, and

ORDER GRANTING PLAINTIFFS' MOTION FOR
ATTORNEYS' FEES, COSTS,
AND SERVICE AWARDS- 2
Case No. 2:22-cv-00849-RSM-DWC

expenses is independent of the Court's consideration of the fairness, reasonableness, and adequacy of the Settlement.

6. The Court grants Class Counsel's requested Service Awards of $2,500 to each Plaintiff identified as Class Representative in the Court's Preliminary Approval Order. The Court finds that these Service Awards are justified by each Representative Plaintiffs' service to the Settlement Class. This Service Award shall be paid in accordance with the Settlement.

7. Without affecting the finality of this Order, the Court hereby reserves continuing and exclusive jurisdiction over all matters related to the administration and consummation of the terms of this Order.

8. The Court shall enter a judgment consistent with this Order.

DATED this 9th day of October, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS' MOTION FOR
ATTORNEYS' FEES, COSTS,
AND SERVICE AWARDS- 3
Case No. 2:22-cv-00849-RSM-DWC

1    Presented by:

2    **TOUSLEY BRAIN STEPHENS PLLC**

3    By: /s/*Jason T. Dennett*
     Jason T. Dennett, WSBA #30686
4    Rebecca L. Solomon, WSBA #51520
     1200 Fifth Avenue, Suite 1700
5    Seattle, WA 98101-3147
     Tel: (206) 682-5600
6    Fax: (206) 682-2992
     jdennett@tousley.com
7    rsolomon@tousley.com

8
     **MILBERG COLEMAN BRYSON**
9    **PHILLIPS GROSSMAN, PLLC**
     Gary M. Klinger (*admitted pro hac vice*)
10   227 W. Monroe Street, Suite 2100
     Chicago, IL 60606
11   Telephone: (202) 429-2290
     gklinger@milberg.com
12

13   **GIRARD SHARP LLP**
     Adam E. Polk (Admitted *Pro Hac Vice*)
14   Simon Grille (Admitted *Pro Hac Vice*)
     601 California Street, Suite 1400
15   San Francisco, CA 94108
     Telephone: (415) 981-4800
16   Facsimile: (415) 981-4846
     apolk@girardsharp.com
17   sgrille@girardsharp.com

18

19   *Settlement Class Counsel*

20

21

22

23

24

25

26

ORDER GRANTING PLAINTIFFS' MOTION FOR
ATTORNEYS' FEES, COSTS,
AND SERVICE AWARDS- 4
Case No. 2:22-cv-00849-RSM-DWC